# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00721-CV

**In re Kevin Tower**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an emergency motion for stay and a petition for writ of mandamus. *See* Tex. R. App. P. 52. Having reviewed the documents filed, we deny the petition for writ of mandamus and dismiss the emergency motion. *See id.* R. 52.8(a).

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: October 25, 2016